UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT MCCRITE,<br><br>    Plaintiff,<br><br>    v.<br><br>CORRECTIONAL SERVICES CORPORATION, PERSONNEL JOHN DOES, individually and as agents of CORRECTIONAL SERVICES CORPORATION, OFFICERS JOHN DOES, individually and as agents of the PULASKI COUNTY SHERIFF'S DEPARTMENT, and the COUNTY OF PULASKI,<br><br>    Defendants. | Case No. 05-cv-4192-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. Plaintiff Robert McCrite filed this action in October 2005. On January 5, 2007, the Court issued a notice of impending dismissal for lack of prosecution of the claims against defendants Personnel John Doe and Officers John Does should proof of service on those defendants not be filed within 20 days. McCrite did not file proof of service of process on those defendants within 20 days. As it warned it would do in its notice of impending dismissal, the Court **DISMISSES** all claims in this case against defendants Personnel John Doe and Officers John Does **with prejudice** for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Personnel John Doe and Officers John Does are terminated as parties in this case. The Clerk of Court is **DIRECTED** to enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**
**DATED: January 26, 2007**

                                    s/ J. Phil Gilbert
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**