IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT MCCRITE, ) | |
| ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | No.  05-cv-4192-JPG |
| ) | |
| CORRECTIONAL SERVICES ) | |
| CORPORATION, PERSONNEL ) | |
| JOHN DOE, whose names are unknown ) | |
| at the commencement of this suit ) | |
| individually and as a ) | |
| CORRECTIONAL SERVICES ) | |
| CORPORATION, OFFICERS JOHN DOE ) | |
| whose names are unknown at the ) | |
| commencement of this suit individually ) | |
| and as agents of the PULASKI COUNTY ) | |
| SHERIFF'S DEPARTMENT, GRW ) | |
| Corporation, and the COUNTY OF ) | |
| PULASKI, ) | |
| ) | |
|       Defendants. ) | |

**JUDGMENT**

NOW On this 9th day of October, 2007, the same being one of the regular judicial days of this Court, this matter comes on for Trial on the Plaintiff's Complaint and the Defendant, County of Pulaski, Illinois' Answer with Affirmative Defenses to the Complaint.  A venire of jurors is sworn to answer questions by the Court and counsel.  The jurors are interrogated and seven jurors are selected and sworn to try the issues of the case.  Counsel for the Plaintiff and Defendant proceed with opening statements.  The Plaintiff proceeds to offer testimony in his case in chief consisting of the sworn testimony of Robert McCrite and Robin McCrite along with exhibits offered and received into evidence at which time the Plaintiff rests his case.  The Defendant, Pulaski County, Illinois, then files its' Motion for Judgment pursuant to Federal Rule of Civil Procedure 50 at the Close of the Plaintiff's Case.  The Court proceeds to hear oral

argument on the Defendant, County of Pulaski, Illinois' Motion and it being fully advised in the premises finds the Motion for Judgment pursuant to Federal Rule of Civil Procedure 50 is well taken and that Judgment should be entered herein in favor of the Defendant, County of Pulaski, Illinois and against the Plaintiff, Robert McCrite.

It is therefore **ORDERED and ADJUDGED** that Defendant County of Pulaski, Illinois does have judgment in its favor and against Plaintiff Robert McCrite and Plaintiff Robert McCrite shall take nothing by his Complaint.

**It is further ORDERED and ADJUDGED** that Defendants John Doe and John Doe are dismissed with prejudice.

**It is further ORDERED and ADJUDGED** that all claims against Defendant Correctional Services Corporation are dismissed with prejudice.

**It is further ORDERED and ADJUDGED** that all claims against Defendant GRW Corporation are dismissed with prejudice.

**DATED: October 19, 2007**

**NORBERT JAWORSKI, CLERK**

By:s/Deborah Agans,
    Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**